# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130559
& (46)
(47)

IN RE CONTEMPT OF MARK ALLEN
MURDOCK

_____

AMERICAN AXLE & MANUFACTURING,
INC.,
        Plaintiff-Appellee,

v

MARK ALLEN MURDOCK, and
JUANITA DENISE MURDOCK,
        Defendants-Appellants.

SC: 130559
COA: 262786
Wayne CC:  03-3210706-CZ

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 30, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.  The motion for stay is DENIED.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

                    Clerk

l0424